IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 22-11200-DD

---

AIR FORCE OFFICER,
on behalf of herself and all others similarly situated,

                                                Plaintiff - Appellee,

AIR FORCE NCO, et al.,

                                                Plaintiffs,

versus

LLOYD J. AUSTIN, III,
individually and in his official capacity as
Secretary of Defense,
FRANK KENDALL, III,
individually and in his official capacity as
Secretary of the Air Force,
ROBERT I. MILLER,
individually and in his official capacity as
Surgeon General of the Air Force,

                                                Defendants - Appellants.

---

Appeal from the United States District Court
for the Middle District of Georgia

---

ORDER:

"Plaintiff-Appellee's Motion to Stay Appeal Pending Resolution of Related Proceedings" is GRANTED.

Appellee's brief is due thirty (30) days pending final judgment after exhaustion of all appeal rights as to class-wide relief in *Doster v. Kendall*, No. 1:22-cv-84 (S.D. Ohio).

Counsel is directed to file monthly status reports by the 15th of every month.

/s/ Elizabeth L. Branch
UNITED STATES CIRCUIT JUDGE