IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **AIR FORCE OFFICER**, | ) |
| | )    Case No. 22-11200 |
|             Plaintiff-Appellee, | ) |
| v. | ) |
| | ) |
| **LLOYD J. AUSTIN, III**, et al., | ) |
| | ) |
|             Defendants-Appellees. | ) |

## JANUARY 2023 STATUS REPORT

Pursuant to the Court's August 24, 2022 Order, the parties hereby jointly provide this status update:

- On December 16, 2022, the government received an extension of time to February 13, 2023 to file an en banc petition in *Doster v. Kendall*, No. 22-3702.

- On January 10, 2023, the Secretary of Defense Lloyd J. Austin, III promulgated a Memorandum, "Rescission of August 24, 2021 and November 30, 2021 Coronavirus Disease 2019 Vaccination Requirements for Members of the Armed Forces." See Exhibit A of ECF No. 33.

Dated: January 13, 2023

1

/s/ Adam S. Hochschild
Adam S. Hochschild
Hochschild Law Firm, LLC
THOMAS MORE SOCIETY
PO Box 401
Plainfield, VT 05667
(314)503-0326
adam@hochschildlaw.com

Mary Catherine Hodes
THOMAS MORE SOCIETY
112 S. Hanley Rd., Second Floor
Clayton, MO 63105
(314)825-5725
mchodes@thomasmoresociety.org

Stephen M. Crampton
THOMAS MORE SOCIETY
PO Box 4506
Tupelo, MS 38803
(662)255-9439
scrampton@thomasmoresociety.org

Michael G. McHale
THOMAS MORE SOCIETY
1056 Burt Circle, Ste. 110
Omaha, NE 68114
(312)782-1680
mmchale@thomasmoresociety.org

*Counsel for Plaintiff-Appellee*


BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney General*
ROGER B. HANDBERG
  *United States Attorney*
CHARLES W. SCARBOROUGH
LOWELL V. STURGILL JR.
DANIEL WINIK
CASEN B. ROSS
/s/ Sarah J. Clark
SARAH J. CLARK
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *202-305-8727*

*Counsel for Defendants-Appellees*

2