IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **AIR FORCE OFFICER**, ) | |
| ) | Case No. 22-11200 |
| Plaintiff-Appellee, ) | |
| v. ) | |
| ) | |
| **LLOYD J. AUSTIN, III**, et al., ) | |
| ) | |
| Defendants-Appellees. ) | |

## FEBRUARY 2023 STATUS REPORT

Pursuant to the Court's August 24, 2022 Order, the parties hereby jointly provide this status update:

- On February 13, 2023, the government filed a petition for panel rehearing or rehearing en banc in *Doster v. Kendall*, Nos. 22-3497, 22-3702 (6th Cir.).

- Following the Secretary of Defense's January 10, 2023 memorandum, Exhibit A of ECF No. 33, the Secretary of the Air Force issued a memorandum to the Department of the Air Force Commanders. *See* Secretary of the Air Force, *Memorandum re: Rescission of 3 September 2021 Mandatory Coronavirus Disease 2019 Vaccination of Department of the Air Force Military Members and 7 December 2021 Supplemental Coronavirus Disease 2019 Vaccination Policy Memoranda* (Jan. 23, 2023), https://perma.cc/2U58-CFUZ.

Dated: February 14, 2023

| | |
|---|---|
| /s/ Adam S. Hochschild | |
| Adam S. Hochschild | Stephen M. Crampton |
| Hochschild Law Firm, LLC | THOMAS MORE SOCIETY |
| THOMAS MORE SOCIETY | PO Box 4506 |
| PO Box 401 | Tupelo, MS 38803 |
| Plainfield, VT 05667 | (662)255-9439 |
| (314)503-0326 | scrampton@thomasmoresociety.org |
| adam@hochschildlaw.com | |
| | Michael G. McHale |
| Mary Catherine Hodes | THOMAS MORE SOCIETY |
| THOMAS MORE SOCIETY | 1056 Burt Circle, Ste. 110 |
| 112 S. Hanley Rd., Second Floor | Omaha, NE 68114 |
| Clayton, MO 63105 | (312)782-1680 |
| (314)825-5725 | mmchale@thomasmoresociety.org |
| mchodes@thomasmoresociety.org | |

*Counsel for Plaintiff-Appellee*


BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney General*
PETER D. LEARY
  *United States Attorney*
CHARLES W. SCARBOROUGH
/s/ Sarah J. Clark
SARAH J. CLARK
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *202-305-8727*

*Counsel for Defendants-Appellees*