IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| **AIR FORCE OFFICER**, | ) | |
| | ) | Case No. 22-11200 |
| Plaintiff-Appellee, | ) | |
| v. | ) | |
| | ) | |
| **LLOYD J. AUSTIN, III**, et al., | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

## MARCH 2023 STATUS REPORT

Pursuant to the Court's August 24, 2022 Order, the parties hereby jointly provide this status update:

- On March 13, 2023, in *Doster v. Kendall*, Nos. 22-3497, 22-3702 (6th Cir.), the plaintiff class filed a response to the government's petition for panel rehearing or rehearing en banc.

- On March 14, 2023, in *Doster*, Air Force Officer filed an amicus brief in support of the plaintiff class's opposition to the government's petition for panel rehearing or rehearing en banc.

Dated: March 14, 2023

| | |
|---|---|
| /s/ Adam S. Hochschild | Stephen M. Crampton |
| Adam S. Hochschild | THOMAS MORE SOCIETY |
| Hochschild Law Firm, LLC | PO Box 4506 |
| THOMAS MORE SOCIETY | Tupelo, MS 38803 |
| PO Box 401 | (662)255-9439 |
| Plainfield, VT 05667 | scrampton@thomasmoresociety.org |
| (314)503-0326 | |
| adam@hochschildlaw.com | Michael G. McHale |
| | THOMAS MORE SOCIETY |
| Mary Catherine Hodes | 1056 Burt Circle, Ste. 110 |
| THOMAS MORE SOCIETY | Omaha, NE 68114 |
| 112 S. Hanley Rd., Second Floor | (312)782-1680 |
| Clayton, MO 63105 | mmchale@thomasmoresociety.org |
| (314)825-5725 | |
| mchodes@thomasmoresociety.org | |

*Counsel for Plaintiff-Appellee*


BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney General*
PETER D. LEARY
  *United States Attorney*
CHARLES W. SCARBOROUGH
/s/ Sarah J. Clark
SARAH J. CLARK
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *202-305-8727*

*Counsel for Defendants-Appellees*

2