IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **AIR FORCE OFFICER**, ) <br> ) <br> Plaintiff-Appellee, ) <br> v. ) <br> ) <br> **LLOYD J. AUSTIN**, **III**, et al., ) <br> ) <br> Defendants-Appellees. ) | Case No. 22-11200 |

## APRIL 2023 STATUS REPORT

Pursuant to the Court's August 24, 2022 Order, the parties hereby jointly provide this status update:

- The government's petition for panel rehearing or rehearing en banc in *Doster v. Kendall*, Nos. 22-3497, 22-3702 (6th Cir.) is pending ruling by the Sixth Circuit.

1

Dated: April 14, 2023

/s/ Adam S. Hochschild
Adam S. Hochschild
Hochschild Law Firm, LLC
THOMAS MORE SOCIETY
PO Box 401
Plainfield, VT 05667
(314)503-0326
adam@hochschildlaw.com

Mary Catherine Hodes
THOMAS MORE SOCIETY
112 S. Hanley Rd., Second Floor
Clayton, MO 63105
(314)825-5725
mchodes@thomasmoresociety.org

Stephen M. Crampton
THOMAS MORE SOCIETY
PO Box 4506
Tupelo, MS 38803
(662)255-9439
scrampton@thomasmoresociety.org

Michael G. McHale
THOMAS MORE SOCIETY
1056 Burt Circle, Ste. 110
Omaha, NE 68114
(312)782-1680
mmchale@thomasmoresociety.org

*Counsel for Plaintiff-Appellee*


BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney General*
PETER D. LEARY
  *United States Attorney*
CHARLES W. SCARBOROUGH
/s/ Sarah J. Clark
SARAH J. CLARK
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *202-305-8727*

*Counsel for Defendants-Appellees*

2