IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **AIR FORCE OFFICER**, | ) |
| | ) Case No. 22-11200 |
| Plaintiff-Appellee, | ) |
| v. | ) |
| | ) |
| **LLOYD J. AUSTIN, III**, et al., | ) |
| | ) |
| Defendants-Appellees. | ) |

## MAY 2023 STATUS REPORT

Pursuant to the Court's August 24, 2022 Order, the parties hereby jointly provide this status update:

- On April 17, 2023, the Sixth Circuit Court of Appeals denied the government's petition for panel rehearing or rehearing en banc in *Doster v. Kendall*, Nos. 22-3497, 22-3702 (6th Cir.). *See Doster v. Kendall*, 65 F.4th 792 (6th Cir. 2023).

- On April 18, 2023, the Southern District of Ohio ordered briefing on the issue of mootness in *Doster v. Kendall*, No. 1:22-cv-84 (S.D. Ohio), with the governments' brief being due on May 2, 2023, and plaintiffs' brief being due on May 16, 2023. On May 2, 2023, the government filed a motion to dismiss the *Doster* case as moot.

1

Dated: May 12, 2023

| | |
|---|---|
| /s/ Adam S. Hochschild | |
| Adam S. Hochschild | Stephen M. Crampton |
| Hochschild Law Firm, LLC | THOMAS MORE SOCIETY |
| THOMAS MORE SOCIETY | PO Box 4506 |
| PO Box 401 | Tupelo, MS 38803 |
| Plainfield, VT 05667 | (662)255-9439 |
| (314)503-0326 | scrampton@thomasmoresociety.org |
| adam@hochschildlaw.com | |
| | Michael G. McHale |
| Mary Catherine Hodes | THOMAS MORE SOCIETY |
| THOMAS MORE SOCIETY | 1056 Burt Circle, Ste. 110 |
| 112 S. Hanley Rd., Second Floor | Omaha, NE 68114 |
| Clayton, MO 63105 | (312)782-1680 |
| (314)825-5725 | mmchale@thomasmoresociety.org |
| mchodes@thomasmoresociety.org | |

*Counsel for Plaintiff-Appellee*


BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney General*
PETER D. LEARY
  *United States Attorney*
CHARLES W. SCARBOROUGH
/s/ Sarah J. Clark
SARAH J. CLARK
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *202-305-8727*

*Counsel for Defendants-Appellees*

2