IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **AIR FORCE OFFICER**, | ) |
| | ) Case No. 22-11200 |
| Plaintiff-Appellee, | ) |
| v. | ) |
| | ) |
| **LLOYD J. AUSTIN, III**, et al., | ) |
| | ) |
| Defendants-Appellees. | ) |

## SEPTEMBER 2023 STATUS REPORT

Pursuant to the Court's August 24, 2022 Order, the parties hereby jointly provide this status update:

- On August 16, 2023, the government filed in the United States Supreme Court a petition for a writ of certiorari in *Doster v. Kendall*, No. 23-154, presenting the question of whether the Supreme Court should vacate the Sixth Circuit's judgment and remand with instructions to direct the district court to vacate its orders granting preliminary injunctions as moot.

- The *Doster* plaintiffs' current deadline to respond to the petition is October 18, 2023.

1

Dated: September 13, 2023

| | |
|---|---|
| /s/ Adam S. Hochschild | Stephen M. Crampton |
| Adam S. Hochschild | THOMAS MORE SOCIETY |
| Hochschild Law Firm, LLC | PO Box 4506 |
| THOMAS MORE SOCIETY | Tupelo, MS 38803 |
| PO Box 401 | (662)255-9439 |
| Plainfield, VT 05667 | scrampton@thomasmoresociety.org |
| (314)503-0326 | |
| adam@hochschildlaw.com | Michael G. McHale |
| | THOMAS MORE SOCIETY |
| Mary Catherine Hodes | 1056 Burt Circle, Ste. 110 |
| THOMAS MORE SOCIETY | Omaha, NE 68114 |
| 112 S. Hanley Rd., Second Floor | (312)782-1680 |
| Clayton, MO 63105 | mmchale@thomasmoresociety.org |
| (314)825-5725 | |
| mchodes@thomasmoresociety.org | |

*Counsel for Plaintiff-Appellee*

BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney General*
PETER D. LEARY
  *United States Attorney*
CHARLES W. SCARBOROUGH
/s/ Sarah J. Clark
SARAH J. CLARK
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *202-305-8727*

*Counsel for Defendants-Appellees*

2