IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **AIR FORCE OFFICER**, | ) |
| | ) Case No. 22-11200 |
| Plaintiff-Appellee, | ) |
| v. | ) |
| | ) |
| **LLOYD J. AUSTIN, III**, et al., | ) |
| | ) |
| Defendants-Appellees. | ) |

## OCTOBER 2023 STATUS REPORT

Pursuant to the Court's August 24, 2022 Order, the parties hereby jointly provide this status update:

- On September 27, 2023, the District Court for the Southern District of Ohio stayed, sua sponte, *Doster v. Kendall*, No. 1:22-cv-84 (S.D. Ohio), pending the United States Supreme Court's decision on the government's petition for a writ of certiorari in *Doster v. Kendall*, No. 23-154.

1

Dated: October 13, 2023

| | |
|---|---|
| /s/ Adam S. Hochschild | Stephen M. Crampton |
| Adam S. Hochschild | THOMAS MORE SOCIETY |
| Hochschild Law Firm, LLC | PO Box 4506 |
| THOMAS MORE SOCIETY | Tupelo, MS 38803 |
| PO Box 401 | (662)255-9439 |
| Plainfield, VT 05667 | scrampton@thomasmoresociety.org |
| (314)503-0326 | |
| adam@hochschildlaw.com | Michael G. McHale |
| | THOMAS MORE SOCIETY |
| Mary Catherine Hodes | 1056 Burt Circle, Ste. 110 |
| THOMAS MORE SOCIETY | Omaha, NE 68114 |
| 112 S. Hanley Rd., Second Floor | (312)782-1680 |
| Clayton, MO 63105 | mmchale@thomasmoresociety.org |
| (314)825-5725 | |
| mchodes@thomasmoresociety.org | |

*Counsel for Plaintiff-Appellee*


BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney General*
PETER D. LEARY
  *United States Attorney*
CHARLES W. SCARBOROUGH
/s/ Sarah J. Clark
SARAH J. CLARK
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *202-305-8727*

*Counsel for Defendants-Appellees*