IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **AIR FORCE OFFICER**, | ) |
| | ) Case No. 22-11200 |
| Plaintiff-Appellee, | ) |
| v. | ) |
| | ) |
| **LLOYD J. AUSTIN, III**, et al., | ) |
| | ) |
| Defendants-Appellees. | ) |

### NOVEMBER 2023 STATUS REPORT

Pursuant to the Court's August 24, 2022 Order, the parties hereby jointly provide this status update:

- On October 18, 2023, in *Doster v. Kendall*, No. 23-154 (U.S. Supreme Court), the *Doster* plaintiffs filed their opposition to the government's petition for writ of certiorari.

- On November 1, 2023, the government filed its reply in further support of its certiorari petition in *Doster*.

- On the same day, November 1, 2023, the Supreme Court stated that the certiorari petition in *Doster* would be distributed for conference of November 17, 2023.

1

Dated: November 14, 2023

| | |
|---|---|
| /s/ Adam S. Hochschild | |
| Adam S. Hochschild | Stephen M. Crampton |
| Hochschild Law Firm, LLC | THOMAS MORE SOCIETY |
| THOMAS MORE SOCIETY | PO Box 4506 |
| PO Box 401 | Tupelo, MS 38803 |
| Plainfield, VT 05667 | (662)255-9439 |
| (314)503-0326 | scrampton@thomasmoresociety.org |
| adam@hochschildlaw.com | |
| | Michael G. McHale |
| Mary Catherine Hodes | THOMAS MORE SOCIETY |
| THOMAS MORE SOCIETY | 1056 Burt Circle, Ste. 110 |
| 112 S. Hanley Rd., Second Floor | Omaha, NE 68114 |
| Clayton, MO 63105 | (312)782-1680 |
| (314)825-5725 | mmchale@thomasmoresociety.org |
| mchodes@thomasmoresociety.org | |

*Counsel for Plaintiff-Appellee*


BRIAN M. BOYNTON
　*Principal Deputy Assistant Attorney General*
PETER D. LEARY
　*United States Attorney*
CHARLES W. SCARBOROUGH
/s/ Sarah J. Clark
SARAH J. CLARK
　*Attorneys, Appellate Staff*
　*Civil Division*
　*U.S. Department of Justice*
　*950 Pennsylvania Ave., NW*
　*Washington, DC 20530*
　*202-305-8727*

*Counsel for Defendants-Appellees*

2