IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **AIR FORCE OFFICER**, | ) |
| | ) Case No. 22-11200 |
| Plaintiff-Appellee, | ) |
| v. | ) |
| | ) |
| **LLOYD J. AUSTIN, III**, et al., | ) |
| | ) |
| Defendants-Appellees. | ) |

### DECEMBER 2023 STATUS REPORT

Pursuant to the Court's August 24, 2022 Order, the parties hereby jointly provide this status update:

- On December 11, 2023, in *Doster v. Kendall*, No. 23-154, the United States Supreme Court granted the government's petition for certiorari, vacated the Sixth Circuit Court of Appeals' judgment, and remanded to the Sixth Circuit with instructions to direct the United States District Court for the Southern District of Ohio to vacate as moot its preliminary injunctions.

1

Dated: December 14, 2023

| | |
|---|---|
| /s/ Adam S. Hochschild | |
| Adam S. Hochschild | Stephen M. Crampton |
| Hochschild Law Firm, LLC | THOMAS MORE SOCIETY |
| THOMAS MORE SOCIETY | PO Box 4506 |
| PO Box 401 | Tupelo, MS 38803 |
| Plainfield, VT 05667 | (662)255-9439 |
| (314)503-0326 | scrampton@thomasmoresociety.org |
| adam@hochschildlaw.com | |
| | Michael G. McHale |
| Mary Catherine Hodes | THOMAS MORE SOCIETY |
| THOMAS MORE SOCIETY | 1056 Burt Circle, Ste. 110 |
| 112 S. Hanley Rd., Second Floor | Omaha, NE 68114 |
| Clayton, MO 63105 | (312)782-1680 |
| (314)825-5725 | mmchale@thomasmoresociety.org |
| mchodes@thomasmoresociety.org | |

*Counsel for Plaintiff-Appellee*


BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney General*
PETER D. LEARY
  *United States Attorney*
CHARLES W. SCARBOROUGH
/s/ Sarah J. Clark
SARAH J. CLARK
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *202-305-8727*

*Counsel for Defendants-Appellees*