IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **AIR FORCE OFFICER**, | ) |
| | ) Case No. 22-11200 |
| Plaintiff-Appellee, | ) |
| v. | ) |
| | ) |
| **LLOYD J. AUSTIN, III**, et al., | ) |
| | ) |
| Defendants-Appellees. | ) |

## MARCH 2024 STATUS REPORT

Pursuant to the Court's August 24, 2022 Order, the parties hereby jointly provide this status update:

- On February 26, 2024, the government moved to dismiss this appeal as moot and to direct the district court to vacate its preliminary injunction. ECF 48.

- Air Force Officer consents to the dismissal of the appeal with all costs to be paid by defendants, but does not consent to an order directing the district court to vacate the preliminary injunction. *See* ECF 48 at 5.

1

Dated: March 14, 2024

| | |
|---|---|
| /s/ Adam S. Hochschild | |
| Adam S. Hochschild | Stephen M. Crampton |
| Hochschild Law Firm, LLC | THOMAS MORE SOCIETY |
| THOMAS MORE SOCIETY | PO Box 4506 |
| PO Box 401 | Tupelo, MS 38803 |
| Plainfield, VT 05667 | (662)255-9439 |
| (314)503-0326 | scrampton@thomasmoresociety.org |
| adam@hochschildlaw.com | |
| | Michael G. McHale |
| Mary Catherine Hodes | THOMAS MORE SOCIETY |
| THOMAS MORE SOCIETY | 1056 Burt Circle, Ste. 110 |
| 112 S. Hanley Rd., Second Floor | Omaha, NE 68114 |
| Clayton, MO 63105 | (312)782-1680 |
| (314)825-5725 | mmchale@thomasmoresociety.org |
| mchodes@thomasmoresociety.org | |

*Counsel for Plaintiff-Appellee*


BRIAN M. BOYNTON
    *Principal Deputy Assistant Attorney General*
PETER D. LEARY
    *United States Attorney*
CHARLES W. SCARBOROUGH
/s/ Sarah J. Clark
SARAH J. CLARK
    *Attorneys, Appellate Staff*
    *Civil Division*
    *U.S. Department of Justice*
    *950 Pennsylvania Ave., NW*
    *Washington, DC 20530*
    *202-305-8727*

*Counsel for Defendants-Appellees*